```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| FERNANDO PEREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C.C.J.F.,<br><br>　　　　　Defendant. | Civil Action<br>No. 17-0305 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

　　Plaintiff Fernando Perez seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security or without submitting an in forma pauperis ("IFP") application. Docket Entry 1-1.

　　Plaintiff did not submit an in forma pauperis application with his complaint. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

　　An appropriate order follows.

| | |
|---|---|
| **March 27, 2017**<br>Date | **s/ Jerome B. Simandle**<br>JEROME B. SIMANDLE<br>Chief U.S. District Judge |